**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Noris M. Flores | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-10198-mdc |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $2,644.02 has been filed in your name by counsel for the debtor on 5/24/2022.

Dated: May 24, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Virginia S. De Buvitz
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)