United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-10198-mdc
Noris M. Flores                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noris M. Flores, 461 E Ontario Street, Philadelphia, PA 19134-1124 |
| 14664677 | + | Slomins, Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA N.A., as Trustee for the Registered Holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Select Portfolio Servicing Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: May 25, 2022                          Form ID: pdf900                          Total Noticed: 2

MICHAEL A. CIBIK

on behalf of Debtor Noris M. Flores mail@cibiklaw.com

MICHAEL I. ASSAD

on behalf of Debtor Noris M. Flores mail@cibiklaw.com

REBECCA ANN SOLARZ

on behalf of Creditor Assets Recovery 23 LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

STEVEN K. EISENBERG

on behalf of Creditor Select Portfolio Servicing  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Noris M. Flores | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-10198-mdc |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $2,644.02 has been filed in your name by counsel for the debtor on 5/24/2022.

Dated: <u>May 24, 2022</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK


By: Virginia S. De Buvitz
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)