# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10198-MDC

NORIS M. FLORES

461 E ONTARIO STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NORIS M. FLORES

461 E ONTARIO STREET

PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

MICHAEL A CIBIK, ESQ
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

                                            /S/ Kenneth E. West

Date: 8/2/2022                              _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee