IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| In Re: | : | |
| NORIS M FLORES, | : | Bankruptcy No. 22-10198-mdc |
|     Debtor | : | Chapter 13 |
| HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| NORIS M FLORES | : | 11 U.S.C. §362 |
|     and | | |
| KENNETH E WEST, ESQUIRE (TRUSTEE) | | |
|     Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST NLC TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1'S
MOTION FOR RELIEF FROM STAY (DE 41)**

The undersigned hereby certifies that, as of September 6, 2022, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before August 19, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  September 8, 2022               Respectfully submitted,

                                                 Brock & Scott, PLLC

                                                 */s/Andrew Spivack*
                                                 Andrew Spivack, PA Bar No. 84439

Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| NORIS M FLORES, | : | Bankruptcy No. 22-10198-mdc |
| Debtor | : | Chapter 13 |
| HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| NORIS M FLORES | : | 11 U.S.C. §362 |
| and | | |
| KENNETH E WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 9, 2022 to the following:

NORIS M FLORES
461 E ONTARIO ST
PHILADELPHIA, PA 19134-1124

Michael A. Cibik, Debtor's Attorney
Cibik Law, P.C.
1500 Walnut St, Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com


KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/*Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com