# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>NORIS M FLORES<br>　　Debtor | Case No. 22-10198-mdc |
| HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1,<br>　　Movant<br><br>vs.<br>NORIS M FLORES<br>　　Respondent | Chapter 13<br><br><br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, this 18th day of October 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge