| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| **Name of Debtor(s):**<br><br>Noris M. Flores | **Case Number:**<br><br>2:2022-bk-10198 | |
| **Name of Creditor:**<br>HSBC Bank USA, N.A., as Trustee | | |
| **Name of Current Servicer of account:**<br>PHH Mortgage Services | | **COURT USE ONLY** |
| **Name and NEW Address where notices should be sent:**<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| **Name and address where payments should be sent:**<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number:  9784** | | _ Check this box if the account number has changed. |
| 2.   **Court Claim Number:  4** | | |

3.   **Signature:**

**Check the appropriate box.**
      **I am the creditor.**
   **X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
      **I am the trustee, or the debtor.**
      **I am a guarantor, surety, endorser, or other codebtor.**

By:   /s/ John Shelley                               Date:   02/18/2023
      Authorized Filing Agent for PHH Mortgage Services

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO.:    22-10198

Noris M. Flores                                 CHAPTER:    13

              Debtor(s).

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                     *By U.S. Postal Service First Class Mail Postage Prepaid:*

                              Noris M. Flores
                              461 E Ontario Street
                              Philadelphia, PA 19134

*Debtor's Attorney:*          *By CM / ECF Filing:*

                              MICHAEL I. ASSAD
                              Cibik Law, P.C.
                              1500 Walnut St
                              Ste 900
                              Philadelphia, PA 19102

                              *By CM / ECF Filing:*

                              MICHAEL A. CIBIK
                              Cibik Law, P.C.
                              1500 Walnut Street
                              Suite 900
                              Philadelphia, PA 19102

*Trustee:*

*By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for PHH Mortgage
Services)