United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Noris M. Flores<br>     Debtor | Case No. 22-10198-mdc<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noris M. Flores, 461 E Ontario Street, Philadelphia, PA 19134-1124 |
| 14664648 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14671591 | | Cornerstone Credit, 406 W.S. Jordan P 600, South Jordan, UT 84095 |
| 14664665 | + | Frederic I. Weinberg & Assoc. P.C, 375 E Elm St STE 210, Conshohocken, PA 19428-1973 |
| 14674139 | + | HEMAP Pennsylvania Housing, Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |
| 14666910 | + | HSBC Bank USA ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14669838 | | HSBC Bank, USA, N.A as trustee for the registered, holders of First NLC Trust 2007-1, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14664670 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14671585 | + | PGW, Legal Dept., 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14664674 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14666621 | + | Select Portfolio Servicing, Inc., c/o Steven K. Eisenberg, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14664677 | + | Slomins, Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |
| 14671584 | + | Snap Finance, P.O. Box 26561, Salt Lake City UT 84199-0001 |
| 14671588 | + | U.S. Assett Management, P.O. Box 981002, Boston, MA 02298-1002 |
| 14664680 | + | U.S. Department of Education, PO Box 16488, Saint Paul, MN 55116-0488 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671586 | + | Email/Text: g20956@att.com | Mar 24 2023 00:06:00 | AT & T Wireless, P.O. Box 8220, Aurora, IL 60572-8220 |
| 14677994 | + | Email/Text: g20956@att.com | Mar 24 2023 00:06:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14664644 | + | Email/Text: bankruptcy@acimacredit.com | Mar 24 2023 00:06:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 14686205 | ^ | MEBN | Mar 24 2023 00:03:49 | Assets Recovery 23 LLC, Rebecca Solarz, Esq., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14664645 | ^ | MEBN | Mar 24 2023 00:03:40 | Bay Area Credit Service LLC, 4145 Shackleford Rd Ste 330B, Norcross, GA 30093-3541 |
| 14664646 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 24 2023 00:06:00 | Caine & Weiner, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411 |
| 14664650 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2023 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14664651 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, 1401 JFK Boulevard, Philadelphia, PA 19102 |
| 14664652 | | Email/Text: megan.harper@phila.gov | | |

Case 22-10198-mdc    Doc 81    Filed 03/25/23    Entered 03/26/23 00:28:45    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 24 2023 00:06:00 | City of Philadelphia, Bankruptcy Unit, 1401 JFK Boulevard, Fifth Floor, Philadelphia, PA 19102 |
| 14664653 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14700165 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14664654 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14676828 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14666179 | | Email/Text: bankruptcy@cbtno.com | Mar 24 2023 00:06:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 14664647 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14664649 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 00:11:08 | Citibank N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14664655 | + | Email/Text: bankruptcy@philapark.org | Mar 24 2023 00:06:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14664656 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 24 2023 00:06:00 | Credit Acceptance Corp., Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14671590 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 24 2023 00:06:00 | Credit Collection Services, 725 Canton Street, Noorwood MA 02062-2679 |
| 14664657 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 24 2023 00:11:01 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14664658 | + | Email/Text: bankruptcy@cbtno.com | Mar 24 2023 00:06:00 | Crescent Bank, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14664659 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:01 | DirecTV, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14664660 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 24 2023 00:06:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 14664661 | ^ | MEBN | Mar 24 2023 00:03:30 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14664662 | ^ | MEBN | Mar 24 2023 00:03:33 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14664663 | + | Email/Text: margaret.ramos@fema.dhs.gov | Mar 24 2023 00:06:00 | FEMA, 500 C Street NW Ste 840, Washington, DC 20472-0001 |
| 14664664 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 24 2023 00:06:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 14664666 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 00:06:00 | Genesis FS Card Services Inc., c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14671210 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 24 2023 00:06:00 | HSBC Bank USA, N.A., as Trustee, PHH Mortgage /, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14664667 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2023 00:06:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14671589 | | Email/Text: Bankruptcy@ICSystem.com | Mar 24 2023 00:06:00 | IC Systems, PO BOX 64437, St Paul MN 55164-0437 |
| 14671587 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 24 2023 00:06:00 | Jefferson Capital, P.O. Box 23051, Columbus, GA 31902 |

Case 22-10198-mdc    Doc 81    Filed 03/25/23    Entered 03/26/23 00:28:45    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 68 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14678412 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 00:11:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664669 | Email/Text: ml-ebn@missionlane.com | Mar 24 2023 00:05:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348 |
| 14664668 | + Email/Text: bankruptcy@marinerfinance.com | Mar 24 2023 00:06:00 | Mariner Finance LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14681178 | + Email/Text: bankruptcy@marinerfinance.com | Mar 24 2023 00:06:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14664908 | + Email/PDF: rmscedi@recoverycorp.com | Mar 24 2023 00:11:01 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664671 | + Email/Text: blegal@phfa.org | Mar 24 2023 00:06:00 | PHFA/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14664672 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 24 2023 00:06:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14666911 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 24 2023 00:06:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14682023 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 00:11:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14673797 | + Email/Text: blegal@phfa.org | Mar 24 2023 00:06:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14670881 | + Email/Text: blegal@phfa.org | Mar 24 2023 00:06:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14664673 | + Email/Text: bankruptcy@philapark.org | Mar 24 2023 00:06:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14664675 | + Email/Text: BKMAIL@planethomelending.com | Mar 24 2023 00:06:00 | Planet Home Lending LLC, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 14693450 | + Email/Text: BKMAIL@planethomelending.com | Mar 24 2023 00:06:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14664676 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 24 2023 00:06:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14664678 | + Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:15 | T-Mobile, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14664679 | Email/Text: DASPUBREC@transunion.com | Mar 24 2023 00:05:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14672600 | + Email/Text: bankruptcy@bbandt.com | Mar 24 2023 00:06:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14664681 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 24 2023 00:06:00 | WebBank, PO Box 1250, Saint Cloud MN 56395-0001 |
| 14664682 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:14 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14669573 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 22-10198-mdc    Doc 81    Filed 03/25/23    Entered 03/26/23 00:28:45    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 68 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  N.A., as Trustee for the Registered Holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Assets Recovery 23 LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Select Portfolio Servicing  Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Noris M. Flores mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Noris M. Flores mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| STEVEN K. EISENBERG | on behalf of Creditor Select Portfolio Servicing  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Noris M. Flores
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10198−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this March 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

79
Form 155