# Exhibit A
## Summary and Itemization of Fees

| Case Number | Debtor Name | Period |
|---|---|---|
| 22-10198 | Noris Flores | |

**Summary of Fees**

The fees below are associated with guiding this chapter 13 case to confirmation. The debtor owned four properties which made prosecuting confirmation and developing a plan very involved. The debtor required frequent communication with counsel to discuss the status of the case and for counsel to explain steps needed by the debtor to secure confirmation.

| Date | Staff | Description | Hours |
|---|---|---|---|
| 01/12/2022 | Attorney | Initial consultation - reviewed financial circumstances and discussed options for moving forward | 1.50 |
| 01/17/2022 | Paralegal | Phone call with client to gather information needed to prepare schedules | 0.10 |
| 01/17/2022 | Attorney | Phone call with client to gather information needed to prepare schedules | 0.20 |
| 01/21/2022 | Attorney | Phone call with client to gather information needed to prepare schedules | 0.20 |
| 01/26/2022 | Attorney | Phone call with client to gather information needed to prepare schedules | 0.30 |
| 01/31/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.10 |
| 01/31/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.10 |
| 02/04/2022 | Attorney | Reviewed objection to confirmation of plan filed by HSBC Bank. | 0.30 |
| 02/07/2022 | Attorney | Reviewed objection to confirmation of plan filed by Select Portfolio Servicing | 0.30 |
| 02/09/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |
| 02/09/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.10 |
| 02/10/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 02/15/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.20 |
| 02/18/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.40 |
| 02/24/2022 | Attorney | Prepared amended Schedule E/F and matrix to add creditors. | 0.30 |
| 02/24/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.20 |
| 02/28/2022 | Paralegal | Filed employee income records with court | 0.20 |
| 02/28/2022 | Paralegal | Phone call with client to discuss information needed for meeting of creditors. | 0.10 |
| 03/01/2022 | Paralegal | Filed employee income records with court | 0.20 |
| 03/04/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 03/07/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 03/07/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.20 |
| 03/08/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 03/08/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |
| 03/09/2022 | Paralegal | Filed address change notice for creditor with court. | 0.20 |
| 03/09/2022 | Attorney | Represented client at meeting of creditors. | 0.50 |
| 03/09/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.50 |

Summary and Itemization of Fees (Cont'd)

| Date | Staff | Description | Hours |
|---|---|---|---|
| 03/21/2022 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 03/23/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 04/12/2022 | Attorney | Reviewed 18 proofs of claim for validity | 2.00 |
| 04/12/2022 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 04/12/2022 | Paralegal | Filed and served amended chapter 13 plan. | 0.20 |
| 04/12/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 06/22/2022 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 06/22/2022 | Paralegal | Filed and served amended chapter 13 plan. | 0.20 |
| 06/22/2022 | Attorney | Drafted amended schedules I and J | 0.30 |
| 06/22/2022 | Paralegal | Drafted and filed pre-confirmation certification | 0.10 |
| 06/24/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 08/02/2022 | Attorney | Reviewed motion to dismiss filed by trustee. | 0.25 |
| 08/19/2022 | Attorney | Reviewed motion for relief filed by HSBC Bank | 0.50 |
| 08/26/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 08/26/2022 | Attorney | Phone call with client to discuss motion for relief. | 0.10 |
| 08/31/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 08/31/2022 | Attorney | Phone call with client to discuss motion for relief. | 0.20 |
| 08/31/2022 | Paralegal | Filed and served amended chapter 13 plan. | 0.20 |
| 09/06/2022 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 09/06/2022 | Paralegal | Filed and served amended chapter 13 plan. | 0.20 |
| 09/06/2022 | Attorney | Drafted amended Schedules A/B and C | 0.30 |
| 09/06/2022 | Attorney | Drafted amended Schedule J | 0.30 |
| 09/09/2022 | Attorney | Prepared response to motion for relief filed by HSBC | 0.40 |
| 09/09/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 09/09/2022 | Attorney | Phone call with client to discuss motion for relief. | 0.10 |
| 09/14/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 09/14/2022 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 09/29/2022 | Attorney | Phone call with client to discuss motion for relief. | 0.30 |
| 10/03/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/06/2022 | Attorney | Exchanged emails with client. | 0.10 |

2

## Summary and Itemization of Fees (Cont'd)

| Date | Staff | Description | Hours |
|---|---|---|---|
| 10/07/2022 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 10/10/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/17/2022 | Attorney | Reviewed stipulation of settlement for motion for relief | 0.40 |
| 10/17/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/19/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/21/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/24/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 10/24/2022 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 10/27/2022 | Attorney | Drafted amended schedules A/B and C | 0.30 |
| 10/27/2022 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 10/27/2022 | Paralegal | Filed and served amended chapter 13 plan. | 0.20 |
| 10/28/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 11/21/2022 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |
| 12/01/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 12/24/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 12/27/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 12/28/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 12/29/2022 | Attorney | Exchanged emails with client. | 0.10 |
| 01/02/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 01/03/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 01/04/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 01/05/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 01/12/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 01/25/2023 | Attorney | Prepared petition, schedules, means test, plan, and creditor matrix | 5.00 |
| 01/26/2023 | Paralegal | Filed petition, schedules, means test, plan, and creditor matrix with court. | 0.50 |
| 01/26/2023 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |
| 02/10/2023 | Attorney | Phone call with client to answer questions about case status and process. | 0.30 |
| 02/14/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 02/20/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 02/20/2023 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |

3

Summary and Itemization of Fees (Cont'd)

| Date | Staff | Description | Hours |
|---|---|---|---|
| 03/14/2023 | Paralegal | Phone call with client to answer questions about case status and process. | 0.30 |
| 03/15/2023 | Paralegal | Phone call with client to answer questions about case status and process. | 0.20 |
| 03/16/2023 | Paralegal | Phone call with client to answer questions about case status and process. | 0.20 |
| 03/21/2023 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 03/22/2023 | Paralegal | Phone call with client to answer questions about case status and process. | 0.10 |
| 03/23/2023 | Attorney | Phone call with client to answer questions about case status and process. | 0.20 |
| 04/19/2023 | Attorney | Exchanged emails with client. | 0.10 |
| 04/19/2023 | Attorney | Phone call with client to answer questions about case status and process. | 0.10 |
| 08/25/2023 | Attorney | Phone call to client to discuss motion to dismiss. | 0.10 |

|  |  |
|---:|---:|
| Total Attorney Hours | 21.35 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$7,472.50** |
| Total Paralegal Time | 4.60 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$575.00** |
| Subtotal | $8,047.50 |
| Adjustment | ($547.50) |
| **Grand Total** | **$7,500.00** |
| Pre-Petition Payment | $1,500.00 |
| Balance Due | $6,000.00 |
| Unaccounted Time | 0.00 |

*Exhibit B*

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In re **Noris M. Flores**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................... $7,500.00
   Prior to the filing of this statement I have received....................................... $1,500.00
   Balance Due.................................................................................................. $6,000.00

2. The source of the compensation paid to me was:
   ☑ Debtor　　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor　　　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Continued Meeting of Creditor Hearings, Addition of Creditors after Filing Petition, Motions to Avoid Liens, Motions for Relief from the Automatic Stay, Motions to Dismiss Case, Adverserial Proceedings & Discharge Litigation, Depositions, Asset Cramdowns, Objection to Proof of Claims, Certification of Stipulation Defaults, Motions for Plan Modifications, Motions for Reconsideration, Vacate Wage Orders, Praecipe for Discharge, Bankruptcy Chapter Conversions, Redemption of Property, Lexis & Pacer Research, Credit, Property, Judgements, & Liens Reports. The above legal services will be billed at aN hourly rate of $375 per hour per attorney.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/26/2022 | /s/ Michael A. Cibik, Esquire | |
|---|---|---|
| Date | Michael A. Cibik, Esquire | Bar No. 23110 |
| | Cibik Law, P.C. | |
| | 1500 Walnut Street, Suite 900 | |
| | Philadelphia, PA 19102 | |
| | Phone: (215) 735-1060 | |