United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10198-mdc |
| Noris M. Flores | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noris M. Flores, 461 E Ontario Street, Philadelphia, PA 19134-1124 |
| cr | + | Select Portfolio Servicing, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14664648 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14671591 | | Cornerstone Credit, 406 W.S. Jordan P 600, South Jordan, UT 84095 |
| 14664665 | + | Frederic I. Weinberg & Assoc. P.C, 375 E Elm St STE 210, Conshohocken, PA 19428-1973 |
| 14674139 | + | HEMAP Pennsylvania Housing, Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg PA 17102-2305 |
| 14666910 | + | HSBC Bank USA ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14669838 | | HSBC Bank, USA, N.A as trustee for the registered, holders of First NLC Trust 2007-1, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14664670 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14664674 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14664677 | + | Slomins, Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |
| 14671584 | + | Snap Finance, P.O. Box 26561, Salt Lake City UT 84199-0001 |
| 14671588 | + | U.S. Assett Management, P.O. Box 981002, Boston, MA 02298-1002 |
| 14664680 | + | U.S. Department of Education, PO Box 16488, Saint Paul, MN 55116-0488 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 01:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2023 01:10:52 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 30 2023 01:02:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: blegal@phfa.org | Sep 30 2023 01:03:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14671586 | + | Email/Text: g20956@att.com | Sep 30 2023 01:03:00 | AT & T Wireless, P.O. Box 8220, Aurora, IL 60572-8220 |
| 14677994 | + | Email/Text: g20956@att.com | Sep 30 2023 01:03:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14664644 | + | Email/Text: bankruptcy@acimacredit.com | Sep 30 2023 01:03:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14686205 | ^ | MEBN | Sep 30 2023 00:54:55 | Assets Recovery 23 LLC, Rebecca Solarz, Esq., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14664645 | ^ | MEBN | Sep 30 2023 00:54:47 | Bay Area Credit Service LLC, 4145 Shackleford Rd Ste 330B, Norcross, GA 30093-3541 |
| 14664646 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 30 2023 01:03:00 | Caine & Weiner, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411 |
| 14664650 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 30 2023 01:02:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14664651 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, 1401 JFK Boulevard, Philadelphia, PA 19102 |
| 14664652 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, Bankruptcy Unit, 1401 JFK Boulevard, Fifth Floor, Philadelphia, PA 19102 |
| 14664653 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14700165 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14664654 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14676828 | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14666179 | | Email/Text: bankruptcy@cbtno.com | Sep 30 2023 01:02:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 14664647 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14664649 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:38 | Citibank N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14664655 | + | Email/Text: bankruptcy@philapark.org | Sep 30 2023 01:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14664656 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2023 01:02:00 | Credit Acceptance Corp., Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14671590 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2023 01:03:00 | Credit Collection Services, 725 Canton Street, Noorwood MA 02062-2679 |
| 14664657 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2023 01:10:51 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14664658 | + | Email/Text: bankruptcy@cbtno.com | Sep 30 2023 01:03:00 | Crescent Bank, P.O. Box 61813, New Orleans, LA 70161-1813 |
| 14664659 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:26 | DirecTV, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14664660 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 30 2023 01:03:00 | EOS CCA, PO Box 329, Norwell, MA 02061-0329 |
| 14664661 | | Email/Text: bankruptcycourts@equifax.com | Sep 30 2023 01:03:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14664662 | ^ | MEBN | Sep 30 2023 00:54:39 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14664663 | + | Email/Text: margaret.ramos@fema.dhs.gov | Sep 30 2023 01:03:00 | FEMA, 500 C Street NW Ste 840, Washington, DC 20472-0001 |
| 14664664 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 30 2023 01:02:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |

Case 22-10198-mdc    Doc 90    Filed 10/01/23    Entered 10/02/23 00:31:28    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 14664666 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2023 01:03:00 | Genesis FS Card Services Inc., c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14671210 | | Email/Text: BKEBN-Notifications@ocwen.com | Sep 30 2023 01:02:00 | HSBC Bank USA, N.A., as Trustee, PHH Mortgage /, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14664667 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2023 01:03:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14671589 | | Email/Text: Bankruptcy@ICSystem.com | Sep 30 2023 01:03:00 | IC Systems, PO BOX 64437, St Paul MN 55164-0437 |
| 14671587 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2023 01:03:00 | Jefferson Capital, P.O. Box 23051, Columbus, GA 31902 |
| 14678412 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2023 01:10:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664669 | | Email/Text: ml-ebn@missionlane.com | Sep 30 2023 01:02:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348 |
| 14664668 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 30 2023 01:02:00 | Mariner Finance LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14681178 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 30 2023 01:02:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14664908 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2023 01:10:52 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14671585 | ^ | MEBN | Sep 30 2023 00:54:46 | PGW, Legal Dept., 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14664671 | + | Email/Text: blegal@phfa.org | Sep 30 2023 01:03:00 | PHFA/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14664672 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 30 2023 01:02:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14666911 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 30 2023 01:02:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14682023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2023 01:10:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14673797 | + | Email/Text: blegal@phfa.org | Sep 30 2023 01:03:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14670881 | + | Email/Text: blegal@phfa.org | Sep 30 2023 01:03:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14664673 | + | Email/Text: bankruptcy@philapark.org | Sep 30 2023 01:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14664675 | + | Email/Text: BKMAIL@planethomelending.com | Sep 30 2023 01:03:00 | Planet Home Lending LLC, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 14693450 | + | Email/Text: BKMAIL@planethomelending.com | Sep 30 2023 01:03:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 14664676 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 30 2023 01:03:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14666621 | ^ | MEBN | Sep 30 2023 00:54:49 | Select Portfolio Servicing, Inc., c/o Steven K. Eisenberg, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14664678 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:40 | T-Mobile, c/o American InfoSource, 4515 N Santa |

| Recip ID | Bypass | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14664679 | | Email/Text: DASPUBREC@transunion.com | Sep 30 2023 01:02:00 | Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14672600 | + | Email/Text: bankruptcy@bbandt.com | Sep 30 2023 01:03:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14664681 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 30 2023 01:03:00 | WebBank, PO Box 1250, Saint Cloud MN 56395-0001 |
| 14664682 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:25 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14669573 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:38 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA N.A., as Trustee for the Registered Holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Assets Recovery 23 LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Select Portfolio Servicing Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program |

lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARK A. CRONIN

on behalf of Creditor Assets Recovery 23 LLC bkgroup@kmllawgroup.com

MICHAEL A. CIBIK

on behalf of Debtor Noris M. Flores mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Debtor Noris M. Flores mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

STEVEN K. EISENBERG

on behalf of Creditor Select Portfolio Servicing  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NORIS M. FLORES, | | |
| Debtor(s) | : | Bky. No. 22-10198-mdc |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).reve

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 09/28/2023

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**