IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NORIS FLORES,

Debtor(s).

Case No. 22-10198MDC13

Chapter 13

### ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this 23rd day of October, 2023, upon consideration of the Application for Compensation, it is **ORDERED** that compensation of **$7,500.00** is allowed and the balance due to counsel in the amount of **$6,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE